UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES RAE WELLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL EVANS, Warden,<br><br>　　　　Respondent. | No. EDCV 08-749-PSG (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 25, 2011

　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE